THE CHANCELLOR OF THE STATE OF NEW JERSEY, PLAINTIFF IN ERROR, v. THE CITY OF ELIZABETH, DEFENDANT IN ERROR.

Argued June 19, 1901—Decided November 15, 1901.

On error to the Supreme Court.

For the plaintiff in error, *Richard V. Lindabury.*

For the defendant in error, *James C. Connolly.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Dixon. 36 *Vroom* 479.

*For affirmance*—VAN SYCKEL, FORT, GARRETSON, HENDRICKSON, BOGERT, ADAMS, VREDENBURGH, VOORHEES. 8.

*For reversal*—THE CHIEF JUSTICE, GUMMERE. 2.